AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

JUN 2 0 2019

SOUTHERN     DISTRICT OF     TEXAS

David J. Bradley, Clerk

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Hernan CORTEZ-Garcia**
203 787 078
YOB: 1979
COC: Mexico

## CRIMINAL COMPLAINT

Case Number: M-19-1424-M

      I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _____ June 19, 2019 _____ in _____ Starr _____ County, in the _____ Southern _____ District of _____ Texas _____ defendant(s) did,

willingly and knowlingly used, or attempted to use any passport issued or designed for the use of another

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1544 _____

I further state that I am a(n) <u>Customs and Border Protection Officer</u> and that this complaint is based on the following facts:

On June 19, 2019, Hernan CORTEZ-Garcia arrived at the Roma, Texas Port of Entry for inspection and attempted to gain illegal entry. The defendant claimed to be a United States citizen and provided a revoked United States passport card that belonged to his brother. Information from the Department of State revealed the defendant is not a citizen of the United States and obtained the presented United States passport card fraudulently. The defendant admitted to being born in Reynosa, Tamaulipas, Mexico. The defendant is a citizen of Mexico and has no legal status in the United States.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

**Approved By:**    **Sarina Dipiazza**
**AUSA**

**Alejandro Pena**, U.S. Customs & Border Protection
Printed Name of Complainant

**June 20, 2019**     8:58 am   at

Date

0

**U.S. Magistrate Judge**

Name and Title of Judicial Officer

**McAllen, Texas**
City and State

_____
Signature of Judicial Officer